**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

APRIL HARVIN,

                                        Plaintiff,

           -against-

CENTER FOR ALTERNATIVE
SENTENCING AND EMPLOYMENT
SERVICES, INC.,

                                        Defendant.

------------------------------------------------------------x

Civ. No.:  18-cv-06484-DLC

**STIPULATION**

       IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties set forth in the signature blocks below that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including Monday, September 24, 2018, so that Defendant's counsel may further confer with their client, investigate Plaintiff's allegations, and prepare an appropriate response to the Complaint;

       IT IS FURTHER STIPULATED AND AGREED that this is the second extension of this deadline to have been requested and no other scheduled dates or deadlines will be affected if this extension is granted; and

       IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by PDF or facsimile, which shall bear the same weight as original signatures.

By: _____/MB_____
Ravindra K. Shaw, Esq.
Maria Biaggi, Esq.
Jackson Lewis P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
T: (212) 545-4000
*Attorneys for Defendant*
*Center for Alternative Sentencing*
*and Employment Services, Inc.*

Dated: September 17, 2018

By: _____/MB_____
Megan Sarah Goddard, Esq.
Goddard Law PLLC
39 Broadway, Suite 1540
New York, NY 10006
T: (646) 504-8363
*Attorneys for Plaintiff*

Dated: September 17, 2018

SO ORDERED THIS __ DAY OF _____, 2018.

_____
Hon. Denise L. Cote
United States District Judge

4822-2341-0546, v. 1

2